1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15CR1294-WQH |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER TO DISMISS INFORMATION WITH PREJUDICE** |
| EMMA MARIE TRAN, | |
| Defendant. | |

Upon Motion of the United States, and good cause appearing,

**IT IS HEREBY ORDERED** that the criminal Information in the above-entitled case be dismissed with prejudice, pursuant to Fed. R. Crim. P. 48(a).

**SO ORDERED.**

DATED: 5/15/2017

_____
**HONORABLE BARBARA L. MAJOR**
United States Magistrate Judge